```
Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Profit Recovery
34405 West 12 Miles Road
#379
Farmington Hills, MI 48331


Americas Servicing Co
Po Box 10328
Des Moines, IA 50306


Arnoldharris
600 West Jackson
Chicago, IL 60661


Asset Acceptance
Attn: Bankrupcy Dept
Po Box 2036
Warren, MI 48090


Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062


Chase
Po Box 24696
Columbus, OH 43224


Credit Collections Svc
Po Box 773
Needham, MA 02494


Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Ave. Se
Grand Rapids, MI 49546
```

Fifth Third Bank
Fifth Third Bank Bankruptcy,
1830 East Paris Ave.
Grand Rapids, MI 49546

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Ave.
Grand Rapids, MI 49546

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Ave.
Grand Rapids, MI 49546

Green Point Savings
Po Box 130424
Roseville, MN 55113

Green Point Savings
Po Box 130424
Roseville, MN 55113

Harris Bank
5219 W. 95th St
Oak Lawn, IL 60453

Harris N.a.
Bmo Harris Bank - Brk-1
770 N Water Street
Milwaukee, WI 53202

Harris N.a.
Bmo Harris Bank - -Brk-1
770 N Water Street
Milwaukee, WI 53202

Illinois department of labor
116 N. Lasalle, suite 1300
Chicago, IL 60601

Inland
2805 Butterfield
Oak Brook, IL 60523

```
Litton Loan Servicing
24 Greenway Plaza #712
Houston, TX 77046


Municollofam
3348 Ridge Road
Lansing, IL 60438


Nco Financial Systems,
600 Holiday Plaza Dr Ste
Matteson, IL 60443


Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601


Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601


Pnc Bank
1001 S Washington St
Naperville, IL 60540


PNC Bank
1 N. Franklin St
Chicago, IL 60602


Pnc Mortgage
6 N Main St
Dayton, OH 45402


Region Recov
5252 Hohman
Hammond, IN 46325


State Farm Fncl Svcs F
State Farm Bank/ Attention: Bankruptcy
Po Box 2328
Bloomington, IL 61702
```

```
TCF Bank
8690 East Point Douglas Road
Cottage Grove, MN 55016
```